UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PATRICIA L. TROWBRIDGE

       Plaintiff

v.

NJDHS(GREYSTONE PARK
PSYCHIATRIC HOSPITAL

       Defendant

Civil Action No. 12-4749

**ORDER TO VACATE**

    It appearing that the above-captioned matter was reassigned from the Honorable Claire C. Cecchi to the Honorable Kevin McNulty by Order of this Court dated March 12, 2015, pursuant to the Patent Pilot Project; and

    It further appearing that this matter should not have been reassigned under the Patent Pilot Project;

    IT IS, this 17th day of March 2015,

    ORDERED that the Court's Order of March 12, 2015 is hereby vacated and this matter shall remain assigned to the Honorable Claire C. Cecchi.

                                          s/ Jerome B. Simandle
                                      JEROME B. SIMANDLE, CHIEF JUDGE